**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

No. 98-7731

―――――――――――

MARION DAVID MELVILLE,

Petitioner - Appellant,

versus

RON ANGELONE,

Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-98-566-R)

―――――――――――

Submitted:  February 11, 1999      Decided:  February 25, 1999

―――――――――――

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Marion David Melville, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marion David Melville appeals the district court's order denying his motion for reconsideration of the order denying his motion for reconsideration of the original judgment dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's oder and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Melville v. Angelone, No. CA-98-566-R (W.D. Va. Nov. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED